JAMES F. BROOKS, Respondent v. THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellant.

(Argued October 18, 1887; decided November 29, 1887.)

*E. C. Sprague*, for appellant.

*Amasa J. Parker*, for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.


GEORGE STREAT, Appellant, *v.* VICTOR HENRY ROTHSCHILD et al., Respondents.

(Argued October 20, 1887; decided November 29,1887.)

*William King Hall* for appellant.

*S. P. Nash* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

JOHN OLSSON, Respondent, *v.* THOMAS WALSH et al., Appellants.

(Argued October 21, 1887; decided November 29, 1887.)

*J. C. Shaw* for appellants.

*J. Edward Swanstrom* for respondent.

Agree to affirm order and for judgment absolute against appellants on stipulation; no opinion.
All concur.
Order affirmed and judgment accordingly.